■ NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, v RICHARD G. LUKAS et al., Respondents. [623 NYS2d 113] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Molloy, J.), dated July 26, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Molloy at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto and Florio, JJ., concur.